No. 89–866. CONNECTICUT v. D'AMBROSIA. Sup. Ct. Conn. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 89–871. KENTUCKY v. WALLS; and

No. 89–872. KENTUCKY v. COSBY. Sup. Ct. Ky. Motions of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied. Reported below: 776 S. W. 2d 367.

No. 89–5580. MESSIAH v. LOUISIANA. Sup. Ct. La.;

No. 89–6107. BUCHANAN v. VIRGINIA. Sup. Ct. Va.; and

No. 89–6244. KLOKOC v. FLORIDA. Sup. Ct. Fla. Certiorari denied. Reported below: No. 89–5580, 538 So. 2d 175; No. 89–6107, 238 Va. 389, 384 S. E. 2d 757.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 88–7274. ALSTON v. EDWARDS, *ante*, p. 830;

No. 88–7361. ALSTON v. GLUCH, WARDEN, *ante*, p. 833;

No. 88–7476. ALSTON v. GLUCH, WARDEN, ET AL., *ante*, p. 837;

No. 88–7519. ALSTON v. GLUCH, WARDEN, *ante*, p. 840;

No. 89–284. LOFTUS ET AL. v. COMMISSIONER OF INTERNAL REVENUE ET AL., *ante*, p. 991;

No. 89–434. JULIEN v. BAKER, *ante*, p. 955;

No. 89–5122. RADEMAKER v. VETERANS ADMINISTRATION, *ante*, p. 861;

No. 89–5670. BARELA v. BAKER, SECRETARY OF STATE, *ante*, p. 979;

No. 89–5718. RICHARDSON v. ARNOLD ET AL., *ante*, p. 980;

No. 89–5728. PREUSS v. DISTRICT OF COLUMBIA ET AL., *ante*, p. 980;

No. 89–5736. KIMELMAN v. CITY OF COLORADO SPRINGS ET AL., *ante*, p. 981;

No. 89–5779. JOHNS v. YEE, *ante*, p. 995;

No. 89–5782. FLANERY v. UNITED STATES, *ante*, p. 981;

No. 89–5843.   SMITH v. PUCKETT, SUPERINTENDENT, MISSIS-SIPPI STATE PENITENTIARY AT PARCHMAN, *ante*, p. 997;

No. 89–5917.   NOE v. UNITED STATES, *ante*, p. 1005; and

No. 89–5953.   IN RE STULL ET AL., *ante*, p. 990.   Petitions for rehearing denied.

No. 88–1083.   JOHN DOE AGENCY ET AL. v. JOHN DOE CORP., *ante*, p. 146.   Respondent's petition for rehearing to modify and clarify the decision on the merits denied.

No. 89–200.   OFMAN v. UNITED STATES, *ante*, p. 933; and

No. 89–5131.   NICHOLAS v. UNITED STATES, *ante*, p. 861. Motions for leave to file petitions for rehearing denied.

JANUARY 23, 1990

No. 89–831.   PELICAN PRODUCTION CORP. v. MAR-SHER EX-PLORATION, INC., ET AL.   Sup. Ct. Okla.   Certiorari dismissed under this Court's Rule 46.

No. 89–153.   ROYAL SERVICE, INC. v. GOODY PRODUCTS, INC. C. A. 9th Cir.   Certiorari dismissed under this Court's Rule 46.

FEBRUARY 6, 1990

No. 89–849.   WESTINGHOUSE ELECTRIC CORP. v. VER-BRAEKEN.   C. A. 11th Cir.   Certiorari dismissed under this Court's Rule 46.

FEBRUARY 8, 1990

No. A–537 (89–6347).   SMITH v. DUGGER, SECRETARY, FLOR-IDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir. Application for stay of execution of sentence of death, pre-sented to JUSTICE KENNEDY, and by him referred to the Court,